**Alison M. Clark, OSB No. 080579**
**333 SW Taylor St, Suite 300**
**Portland, OR 97204**
**Tel: (503) 888-8076**
**Email: tex@defenderclark.com**
**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:25-cr-489-IM** |
| **Plaintiff,** | |
| **v.** | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **CHRISTOPHER GUERRERO** | |
| **Defendant.** | |

Defendant Christopher Guerrero, through counsel, submits this Sentencing Memorandum for this Court's review and consideration in determining a reasonable sentence that is "sufficient, but not greater than necessary," as required by 18 U.S.C. § 3553(a). The sentencing hearing is scheduled for May 27, 2026. Mr. Guerrero previously pleaded guilty to a single-count Information, charging him with the crime of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). ECF 10.

The parties have a joint, global sentencing recommendation in this matter pursuant to a negotiated plea agreement. The joint recommendation is for a total sentence of 77 months imprisonment followed by three years of supervised release. The parties global resolution agreement includes a disposition recommendation for Mr. Guerrero's pending federal supervised

release violations in Case Nos. 3:20-cr-00093-IM and 3:23-cr-00294-IM. Plea Agreement ¶ 9, ECF 7.

Mr. Guerrero has reviewed the Presentence Investigation Report ("PSR") with defense counsel and has no unresolved objections. He has also reviewed and agrees with the recommended terms and conditions of supervised release. Mr. Guerrero understands what will be expected of him from the Court and the United States Probation Office on supervision.

The parties respectfully request that the Court adopt the agreed upon, recommended sentence of 77 months incarceration to be followed by three years of supervised release.

Respectfully submitted on May 19, 2026.

*/s/ Alison M. Clark*

_____

Alison M. Clark
Attorney At Law
333 SW Taylor St, Suite 300
Portland, OR 97204
(503) 888-8076