SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Bryan.Chinwuba@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00489-IM** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **CHRISTOPHER ALEXANDER GUERRERO,** | |
| **Defendant.** | |

**Introduction**

In March 2025, Milwaukie Police Department officers responded to a disturbance at a gas station. Upon their arrival, officers saw defendant passed out in the driver's seat of his vehicle near a gas station pump. Believing he was under the influence of an intoxicant, the officers arrested defendant and searched his car. During the search, officers recovered a handgun which defendant, who was a felon at the time of the incident, was prohibited from possessing.

**Government's Sentencing Memorandum** **Page 1**

The government agrees with the guideline calculation and criminal history computation as outlined in the PSR. There are no factual disputes with respect to defendant's conduct between defendant and the government. Due to defendant's early acceptance of responsibility, the government will recommend a sentence of 77 months imprisonment by three years of supervised release and a $100 fee assessment.

## I.       FACTUAL BACKGROUND

### A.       The Offense Conduct

Defendant was convicted of a felony count of possession with intent to distribute a controlled substance II, case number 141903819, in July 2014 in Salt Lake County, Utah.

On March 21, 2025, Milwaukie Police Department officers responded to a driving under the influence call at a Chevron gas station in Milwaukie, Oregon. Upon arrival, officers observed defendant's Ford Edge backed into a pole near a gas pump. Defendant was the sole occupant of the Ford Edge and was slumped over the steering wheel of the car while the vehicle was still running. Officers awoke defendant, who appeared to be under the influence of intoxicants. Officers arrested defendant, searched his vehicle and seized a loaded and stolen Glock 19X handgun. Officers also seized an assortment of narcotics, some of which appeared to be for defendant's personal use, in defendant's vehicle. Due to evidentiary issues related to the officer's search, much of narcotics would likely be suppressed.

An ATF interstate nexus specialist confirmed the Glock model 19X traveled in interstate commerce and was manufactured outside the state of Oregon.

Defendant was on state and federal supervision in case 3:20-CR-00093-IM and case 3:23-CR-00294-AN at the time of the incident.

**Government's Sentencing Memorandum**                                                    **Page 2**

### B.  The Charges

Defendant is charged in Count One of the Information with Felon in Possession of a Firearm. On January 13, 2026, defendant pleaded guilty to Count One of the Information.

## II.    GOVERNMENT'S RECOMMENDED SENTENCE

Based on defendant's early acceptance of responsibility, the government recommends a sentence of 77 months imprisonment followed by a three-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: May 22, 2026.                              Respectfully submitted,

                                                  SCOTT E. BRADFORD
                                                  United States Attorney

                                                  */s/ Bryan Chinwuba*
                                                  BRYAN CHINWUBA, ILSB #6323733
                                                  Assistant United States Attorney

**Government's Sentencing Memorandum**                              **Page 3**